**Order entered June 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00786-CR

### STEVEN WAYNE SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 16-90142-422-F**

## ORDER

Before the Court is the State's June 1, 2018 second motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the brief filed on or before June 11, 2018.


/s/  LANA MYERS
   JUSTICE